DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MICHAEL PATRICK CARROLL,

Appellant,

v.

LINDSEY TRUEX CARROLL,

Appellee.

No. 2D21-837

————————————————

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Wesley D. Tibbals, Judge

Michelle M. Gervais of Blank Rome LLP, Tampa, for Appellant.

Eric R. Maier, Michael L. Lundy, Martin G. Deptula, and J. Carlton Mitchell of Older Lundy Alvarez & Koch, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.